UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMERICAN COASTAL
INSURANCE COMPANY,

    Plaintiff,

  v.

Case No. 2:25-cv-349-KCD-DNF

LINCOLN HANCOCK
RESTORATION, LLC, GULF
STATES CONSTRUCTION, LLC,

Defendants/Third-Party Plaintiff,

  v.

SOUTHEASTERN
CONSTRUCTION AND REHAB
SPECIALIST, LLC; TEXAS
PROFESSIONAL EXTERIORS,
LLC; STAR 1 CONTRACTING,
LLC,

    Third-Party Defendants.
_____/

## ORDER

The third-party plaintiff has not filed proof of service of the summons and third-party complaint. *See* Local Rule 1.10(a). Under the Civil Action Order, if a defendant remains unserved after 112 days from filing the third-party complaint, and the party responsible for effecting timely service does not show cause why the unserved parties should not be dismissed for lack of service, the case is subject to dismissal without further notice. (Doc. 4 at 1-2.) The third-party plaintiff has done none of what is required.

Accordingly, the Court **dismisses the third-party complaint without prejudice** for failure to timely serve defendants. (*See* Local Rule 1.10(d); Doc. 4). The Clerk is **DIRECTED** to terminate the third-party defendants.

**ORDERED** in Fort Myers, Florida on January 23, 2026.

Kyle C. Dudek
United States District Judge